UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKIE KENNEDY CONTRACTED; GIAH
J. DEFRANCO/LININGER; RICHARD E.
LININGER,

                          Plaintiffs,

              -against-                                    20-CV-6509 (LLS)

THE FRANKLIN COUNTY STATES OF                             CIVIL JUDGMENT
PENNSYLVANIA NO 8; CHAMBERSBURG
POLICE DEPARTMENT; OFFICER COLE
BAKER; JOSEPH JOHNSON; ANITA
RHODES; DWAYNE MALLET,

                          Defendants.

Pursuant to the order issued October 13, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(i).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    October 13, 2020
          New York, New York

                                        _Louis L. Stanton_
                                        LOUIS L. STANTON
                                        U.S.D.J.